## W. D. FORTUNE v. MIDLAND FARMS COMPANY et al.    (No. 2157.)

Court of Civil Appeals of Texas.    El Paso.
June 7, 1928.

Rehearing Denied June 28, 1928.

Appeal from District Court, Dawson County; Gordon B. McGuire, Judge.

F. D. Brown and Lockhart & Garrard, all of Lubbock, for appellant.

Whitaker & Peticolas, of El Paso, and Garland &·Yonge, of Lamesa, for appellees.

WALTHALL, J. This is a companion case to that of W. J. Lay v. Midland Farms Co. et al., 8 S.W.(2d) 230, this day decided by this court. The issues both of law and ·fact in this case are in all essential matters the same as in that case. For the same reasons as explained in the opinion in that case, this case is affirmed.